Dismissed and Memorandum Opinion November 19, filed
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00836-CV

____________

 

ROBERTSON-FINLEY
RESOURCES, INC. AND PENN VIRGINIA OIL AND GAS, L.P., Appellants

 

V.

 

SQUARE MILE ENERGY,
L.L.C., KIWI ENERGY, LTD. AND WINN EXPLORATION CO., INC., Appellees

 



On Appeal from the
295th District Court

Harris County,
Texas

Trial Court Cause
No. 2008-35347



 

M E M O R
A N D U M   O P I N I O N

This is an appeal from a judgment signed August 28, 2009. 
On October 30, 2009, appellants filed a motion to dismiss the appeal because
the case has settled.   See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel
consists of Justices Yates, Frost, and Brown.